## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | **Case No.: 16-07964-MCF** |
| **Samuel Centeno González** | |
| **Debtor(s)** | **Chapter 13** |

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

**NOW APPEARS,** Petitioner Dilks & Knopik, LLC, as assignee to the unclaimed funds for Samuel Centeno González, EIN 74-3049851, 35308 SE Center Street, Snoqualmie, WA 98065, telephone number 425-836-5728 and email address admin@dilksknopik.com, through the undersigned counsel and respectfully requests pursuant to Puerto Rico Local Bankruptcy Rule 3011(b), states that Petitioner became entitled to receive $35,796.00 as distributions in the above-entitled case, and now appears in the records of this Court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents it is entitled to receive the requested funds based upon Petitioner is the owner.

The Petitioner submits with this petition the following documents as proof of the Petitioner's identity and status, and the owner's claim of entitlement:

1. Trustee's Report Regarding Unclaimed Money dated December 22, 2020 stating trustee holds $35,796.00 in funds in the case In Re: Samuel Centeno González 16-07964-MCF.

2. Certificate of LLC Resolution & Statement of Authority subscribed by Brian J. Dilks and Caryn Marie Dilks dated January 23, 2020.

3. Express Annual Report With Changes for Dilks & Knopik, LLC dated June 9, 2020.

4. Driver's licenses of Brian Jacob Dilks, Caryn Marie Dilks, Jeffrey Allen Hudspeth and Andrew Thomson Drake issued by the state of Washington, as well as their contact information.

5. Assignment Agreement dated January 4, 2021 between Dilks & Knopik, LLC, as assignee to the unclaimed funds, and Samuel Centeno González, as assignor of the unclaimed funds. The assignment agreement states that the assignor is/was a debtor in the case In Re: Samuel Centeno González 16-07964-MCF and as a debtor in said case, was entitled to distribution of funds from the assets of the Bankruptcy Estate in the aforementioned case in the amount of $35,796.00 (hereinafter, the "funds"). Remittance to the assignor was not successful, and pursuant to Federal Rule of Bankruptcy Samuel Centeno González, is not desirous of attempting collection of the funds, nor wishes to incur the time and expense of such collection, it assigned and conveyed to the assignee, Dilks & Knopik, LLC, for good and valuable consideration, all of assignor's rights, title and interest of the funds, without the presence of undue influence or coercion. Thus, Dilks & Knopik, LLC is entitled to the disbursement of the unclaimed funds, and not the assignor, Samuel Centeno González.

6. Notice of Assignment dated January 4, 2021 between the assignor, Samuel Centeno González, and the assignee, Dilks & Knopik, LLC.

7. Driver's license for Samuel Centeno González issued by the Commonwealth of Puerto Rico.

8. Request for Payee Information and Tin Certification for the assignee, Dilks & Knopik, LLC, to whom the disbursement of funds should be granted, in accordance with the Assignment Agreement described above. Dated January 5, 2021.

Therefore, we inform the Court that the Petitioner's postal address for the receipt of disbursement is the following: 35308 SE Center St., Snoqualmie, WA 98065.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing and requests that it enter an order directing payment of the unclaimed funds to the Petitioner, Dilks & Knopik, LLC, in accordance with the documents and information submitted in support of this petition.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 21st day of January, 2021.

### CERTIFICATE OF SERVICE:

I HEREBY CERTIFY that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

**I HEREBY CERTIFY** that on this date a true and correct copy has been served through regular mail to the debtor, debtor's attorney, the trustee, the United States Trustee and the United States Attorney at the addresses of record with this honorable Court if such are not registered in the use of the CM/ECF system.

**PIRILLO LAW LLC**
*Attorney for Petitioner*
PO Box 194981
San Juan, PR 00919-4981
Tel.: (787) 957-3082
E-mail: ttorres@pirillolaw.com

By: */s/ Tania Torres-Halais*
Tania Torres-Halais
USDC-PR No. 229505

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
SAMUEL CENTENO GONZALEZ

DEBTOR(S)

CASE NO. 16-07964-MCF

CHAPTER 13

TRUSTEE'S REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

NOW COMES Jose R. Carrion, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The Trustee has in his possession funds destined for a creditor as detailed below:

SAMUEL CENTENO GONZALEZ
14 CALLE BALDORIOTY
CAGUAS, PR 00725-0000

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them and/or provide accurate address, and therefore, the check(s) have been returned by the US Postal Office.

WHEREFORE, for the reason stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number #0819117 for the amount of $35,796.00.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

DATE: December 22, 2020

/s/ José R. Carrión
José R. Carrión, Trustee
PO Box 9023884, Old San Juan
San Juan, PR 00902-3884
Tel. (787) 977-3535

```
                              16-07964-MCF
                              SAMUEL CENTENO GONZALEZ
```

## VERIFIED STATEMENT

The undersigned hereby certifies that a true copy of the foregoing document was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court.

SAMUEL CENTENO GONZALEZ
14 CALLE BALDORIOTY
CAGUAS, PR   00725

JESUS E BATISTA SANCHEZ*
BATISTA LAW GROUP
PO BOX 191059
SAN JUAN, PR   00919

In San Juan, Puerto Rico this Tuesday, December 22, 2020.

_____
Chapter 13 Clerk



### CERTIFICATE OF LLC RESOLUTION & STATEMENT OF AUTHORITY

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks, Andrew T. Drake and Jefferey Hudspeth, are hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 23rd day of January, 2020.

_____
Brian J Dilks
Date: 1/23/2020

_____
Caryn M Dilks f/k/a Caryn M Knopik
Date: 1-23-2020

Subscribed and sworn to me this 23rd day of January 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

Subscribed and sworn to me this 23rd day of January 2020

Notary Signature _____
Matthew Zettley
My Commission Expires: 2/19/22

MATTHEW ZETTLEY
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2022



Office of the Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 06/09/2020
Effective Date: 06/09/2020
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Expiration Date:
**06/30/2021**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES**

## REGISTERED AGENT     RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2020060900307982 - 1
Received Date: 06/09/2020
Amount Received: $60.00








On this 7th day of January, 2021. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2022

**Dilks | & | Knopik**

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of January 4, 2021 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Samuel Centeno Gonzalez with an address of 14 Calle Baldorioty, Caguas Puerto Rico 00725 (the "Assignor").

1. Assignor is/was a debtor in the case (16-07964-MCF) as filed in the District of Puerto Rico (the "Case"). As a debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Bankruptcy Estate in the approximate amount of $35,796.00 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum $23,267.40 which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____  Assignee: _____
Samuel Centeno Gonzalez                                             Dilks & Knopik, LLC
                                                                                          Brian J Dilks – Authorized Signatory





## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Samuel Centeno Gonzalez ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds.

The Assigned funds:

Debtor: Samuel Centeno Gonzalez
Court: United States Bankruptcy Court - District of Puerto Rico
Case Number: 16-07964-MCF
Chapter: 13
Unclaimed Amount: $35,796.00

FUNDS ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Monday, January 04, 2021.


Samuel Centeno Gonzalez

_____
Signature





AO 213P (9/19)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION
Refer to the instructions page for further information on completing this form.
*Vendors providing goods and services must use the AO 213 form.*

**Part 1** **Payee Information**
Line 1. Payee Name: Dilks and Knopik LLC
Line 2. Additional payee information: *(if applicable)* as assignee to Samuel Centeno Gonzalez
**Part 2** **Business Name** *(if different from above)*

**Part 3** Enter your TIN in the appropriate box.
The TIN provided must match the name given in Part 1, Line 1.   EIN: 74-3049851
*Enter only an EIN or SSN - NOT BOTH.*   SSN:

**Part 4** Select the appropriate box below for U.S. tax classification for person or entity listed in Part 1, Line 1.
☐ Individual or single member LLC     ☐ Corporation *(Payments related to attorneys' fees or gross proceeds paid to attorneys)*
☑ LLC (Except single member)          ☐ Partnership
(Select one:) ☐ C Corp  ☑ S Corp  ☐ Partnership  ☐ Trust/Estate     ☐ Other: _____

**Part 5** **Mailing Address**
Street address: 35308 SE Center Street
City: Snoqualmie                 State: WA    Zip code: 98065
Point of Contact *(if different from Part 1, Line 1 above)*   Name: Brian Dilks or Andrew Drake
Phone #: (425) 836-5728           Email Address: admin@dilksknopik.com

**Part 6** **Electronic Funds Transfer (EFT) Information** *(OPTIONAL)*
Owner(s) name as it appears on bank account: Dilks & Knopik
Bank Name: Key Bank       Routing #: *(Must contain 9 digits)* 125000574
Payee must select an account type: *(Select one)*  ☒ Checking  ☐ Savings
Account Number: *(do not include check number)* 472741017389

**Part 7** **Certification**
Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: *[signed BD]*                   Date: 1/5/21

---

**For Judiciary Use Only**

Select those boxes that apply:  ☐ Addition   ☐ Change    Vendor Code: _____
                                ☐ Active     ☐ Inactive  Vendor Type: _____
                                                         *(Trustee or Vendor)*

Vendor Administrators: Attach this form to the JIFMS MANL document. This form can also be submitted, subject to separation of duties requirements, via HEAT at: https://nsms.ao.dcn. The service request can be found under Financial Management Services> JIFMS Vendor Additions or Updates. For FAS4T users (CCAM only), send this form to the local court vendor administrator. For questions regarding JIFMS and court FAS4T, please contact the National Support Desk at (210) 536-5000. This form should be completed including the vendor's signature and submitted by Judiciary staff only.

*Sensitive information must be securely maintained and only visible to designated staff.*