**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**SAMUEL CENTENO GONZALEZ**<br>**dba CENTENO CRAFT & HOBBIE SUPPLIES, dba**<br>**SAMUEL CENTENO GONZALEZ**<br><br>**xxx–xx–1169**<br><br>Debtor(s) | Case No. **16–07964 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/22/21 |

***ORDER***

The motion filed by Debtor requesting extension of time of (30) days to investigate and as needed, oppose motion to withdraw at docket #216 (docket #217) is hereby granted Order due by February 22, 2021..

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, January 22, 2021 .

Mildred Caban Flores
United States Bankruptcy Judge